IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

THE BACKER LAW FIRM, LLC, on behalf of )
itself and all those similarly situated, )
                                                  )
                    Plaintiff, )
                                                  )      Case No. 15-00383-CV-RK
v. )
                                                  )
ELI GLOBAL, LLC, et al., )
                                                  )
                   Defendants. )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of Plaintiff's individual claims and allegations against Defendants with prejudice. To the extent Plaintiff asserted claims and allegations on behalf of a putative class against Defendants, the claims and allegations of the putative class are dismissed without prejudice. No class has been certified in this case. *See* Fed. R. Civ. P. 23(e). Each party is to bear their own costs and attorney's fees.

Respectfully submitted,                              Respectfully submitted,

WOOD LAW FIRM, LLC                     HINDSHAW & CULBERTSON LLP

/s/ *Ari N. Rodopoulos*                          /s/ *James C. Vlahakis*
Noah K. Wood, MO #51249                 James C. Vlahakis, admitted pro hac vice
noah@woodlaw.com                             jvlakakis@hinshawlaw.com
Ari N. Rodopoulos, MO #58777             222 North LaSalle, Suite 300
ari@woodlaw.com                               Chicago, IL 60601
1100 Main Street, Suite 1800               P: 312-704-3000
Kansas City, MO 64105-5171              F: 312-704-3001
T: (816) 256-3582
F: (816) 337-4243                                 Attorneys for Defendants Eli Global, LLC and
                                                      Eli Research, LLC

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2015, the foregoing document was filed with the clerk of the court using the court's CM/ECF system, which will serve notice on all parties of record.

By: /s/ *Ari Rodopoulos*
*Attorneys for Plaintiff*